```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Martin Beninson

    v.

                                        Case No. 17-cv-00371-PB

Nancy A. Berryhill, Acting
Commissioner, Social
Security Administration

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 4, 2019, the motion to reverse, document no. 10, is denied, the motion to affirm, document no. 13, is granted, and the clerk of the court is directed to enter judgment and close the case.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: February 21, 2019

cc: Counsel of Record